**Antoine HILL, Plaintiff–Appellant,**

**v.**

**UNITED STATES of America, Defendant–Appellee.**

**No. 14–6016.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Antoine Hill, Appellant Pro Se. Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Hill appeals the district court's order dismissing his Fed.R.Crim.P. 41(g) motion for return of seized property. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hill v. United States*, No. 3:11–cv–00480–REP (E.D.Va. Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*